1  PHILLIP A. TALBERT
2  United States Attorney
   PETE THOMPSON
3  Acting Regional Chief Counsel
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, CA 94105
6          Telephone: (510) 970-4818
           Email: Oscar.Gonzalez@ssa.gov
7  Attorneys for Defendant
8
9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11
12
13  FELISHA ANN BROWN,                 )  Civil No. 2:22-cv-00684-CKD
                                       )
14         Plaintiff,                  )
                                       )  **STIPULATION AND ORDER FOR**
15     v.                              )  **EXTENSION OF TIME TO RESPOND**
                                       )  **TO PLAINTIFF'S COMPLAINT**
16  KILOLO KIJAKAZI,                   )
    Acting Commissioner of Social Security, )
17                                     )
           Defendant.                  )
18                                     )

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due July 20, 2022.  Defendant has not previously requested an extension of this deadline.

2. The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs.  Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 18, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *July 25, 2022*                     Law Offices of Hadley & Fraulob

By:     */s/ Joseph Clayton Fraulob* *
Joseph Clayton Fraulob
Law Offices of Hadley & Fraulob
*Authorized by email on July 25, 2022*
Attorneys for Plaintiff

Date: *July 25, 2022*

PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:     */s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  July 25, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE