PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELISHA ANN BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:22-cv-00684-CKD<br><br>**STIPULATION AND ORDER FOR 2nd EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due September 19, 2022. This is Defendant's second request for an extension of this deadline.

2. The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel for the Commissioner has contacted OAO and they stated an additional extension of 45 days should give enough time to ensure that the CAR in this case is properly certified for filing. Accordingly, Defendant requests an extension of 45 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until October 3, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: _September 21, 2022_                          Law Offices of Hadley & Fraulob

By:   _/s/ Joseph Clayton Fraulob_ *
Joseph Clayton Fraulob
Law Offices of Hadley & Fraulob
*Authorized by email on September 21, 2022*
Attorneys for Plaintiff

Date: <u>September 21, 2022</u>

                                  PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   <u>/s/ Oscar Gonzalez de Llano</u>
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: September 21, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE