HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELISHA ANN BROWN | Civ No: 2:22-cv-00684-CKD |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: January 31, 2023          / s / *Joseph C. Fraulob*
                                 Joseph Fraulob
                                 Attorney for Plaintiff

Dated: January 31, 2023          / s / *Oscar Gonzalez*
                                 (As authorized via email Jan. 31, 2023)
                                 Oscar Gonzalez
                                 Special Assistant U.S. Attorney
                                 Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  February 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE